UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                   :

ERIKA ALEXANDRIA, *on behalf of herself and all* : 
*others similarly situated*,                          :

                                Plaintiff,           :           23 Civ. 5067 (JPC)

        -v-                                            :           <u>ORDER</u>

CHARLOTTE STONE SHOES, INC.,                 :

                              Defendant.          :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 24, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for September 5, 2023 at 1:00 p.m. Dkt. 12 at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. at 2. Both items were due August 29, 2023. The parties failed to submit either.

By 5:00 p.m. September 1, 2023, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in Dkt. 12. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 31, 2023
       New York, New York                                    JOHN P. CRONAN
                                                                                              United States District Judge