UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ERIKA ALEXANDRA, *on behalf of herself and all* : 
*others similarly situated*, :
:
                            Plaintiff, :        23 Civ. 5067 (JPC)
:
             -v- :        <u>ORDER</u>
:
CHARLOTTE STONE SHOES, INC., :
:
                           Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties to this case reached agreement on all issues. Unless this case has already been dismissed by that date, the parties are ordered to submit a status letter by November 20, 2023, updating the Court on the status of finalizing the settlement.

       SO ORDERED.

Dated: October 20, 2023
       New York, New York
                                                                     JOHN P. CRONAN
                                                United States District Judge