UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERIKA ALEXANDRIA, individually and on behalf of all others similarly situated,

                                  Plaintiffs,

-against-

CHARLOTTE STONE SHOES, INC.

                                  Defendant.
----------------------------------------------------------------X

Case No. 1:23-cv-5067

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 7, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | STEIN & NIEPORENT LLP |
| By: _____ | By: _____ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | David Stein, Esq.<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>(212) 308-3444<br>dstein@steinllp.com<br>*Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J