UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIKA ALEXANDRIA, individually and on behalf of
all others similarly situated,

                Case No. 1:23-cv-5067

          Plaintiffs,

                **STIPULATION AND ORDER OF**
      -against-                **DISMISSAL WITH PREJUDICE**

CHARLOTTE STONE SHOES, INC.

          Defendant.
-----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 7, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | STEIN & NIEPORENT LLP |
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | David Stein, Esq. |
| 100 Duffy Avenue, Suite 510 | 1441 Broadway, Suite 6090 |
| Hicksville, New York 11801 | New York, NY 10018 |
| Tel.: 929.324.0717 (direct) | (212) 308-3444 |
| mars@khaimovlaw.com | dstein@steinllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:  _____
U.S.D.J
        John P. Cronan

         Date: March 14, 2024
         New York, New York

4895-5040-3388.1